[979 NE2d 802, 955 NYS2d 543]

RICKY D. WEST et al., Respondents, v MARK HOGAN et al., Appellants and Third-Party Plaintiffs-Appellants. DAVID VANDE-WATER, Third-Party Defendant-Respondent.

Decided October 25, 2012

**APPEARANCES OF COUNSEL**

*Colucci & Gallaher, P.C.*, Buffalo (*Paul G. Joyce* of counsel), for appellants.

*Conboy, McKay, Bachman & Kendall, LLP*, Watertown (*Peter L. Walton* of counsel), for respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. The courts below did not err as a matter of law in awarding punitive damages (*see Ross v Louise Wise Servs., Inc.*, 8 NY3d 478, 489 [2007]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.